**No. 11-7078. Jeff Tarrats, Petitioner v. United States.**

565 U.S. 1072, 132 S. Ct. 793, 181 L. Ed. 2d 507, 2011 U.S. LEXIS 8426.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 435 Fed. Appx. 185.

**No. 11-7082. Hector J. Cruz, Petitioner v. United States.**

565 U.S. 1072, 132 S. Ct. 793, 181 L. Ed. 2d 507, 2011 U.S. LEXIS 8398.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-7089. Jason South, Petitioner v. United States.**

565 U.S. 1072, 132 S. Ct. 793, 181 L. Ed. 2d 507, 2011 U.S. LEXIS 8329.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7090. Frank Boatswain, Petitioner v. United States.**

565 U.S. 1072, 132 S. Ct. 793, 181 L. Ed. 2d 507, 2011 U.S. LEXIS 8369.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-7100. Juan Jose Oropeza, Petitioner v. United States.**

565 U.S. 1072, 132 S. Ct. 793, 181 L. Ed. 2d 507, 2011 U.S. LEXIS 8341.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7101. William Morrison, Petitioner v. United States.**

565 U.S. 1072, 132 S. Ct. 793, 181 L. Ed. 2d 507, 2011 U.S. LEXIS 8441.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 11-7102. Richard E. Moses, Petitioner v. United States.**

565 U.S. 1072, 132 S. Ct. 794, 181 L. Ed. 2d 507, 2011 U.S. LEXIS 8410.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 441 Fed. Appx. 795.

**No. 11-7105. Karl Demmler, Petitioner v. United States.**

565 U.S. 1072, 132 S. Ct. 794, 181 L. Ed. 2d 507, 2011 U.S. LEXIS 8310.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 655 F.3d 451.

**No. 11-7132. Eddie Baker, Petitioner v. Wisconsin.**

565 U.S. 1072, 132 S. Ct. 794, 181 L. Ed. 2d 507, 2011 U.S. LEXIS 8442.

November 28, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District I, denied.